

23-3125-REID

**U.S. Department of Justice**

United States Attorney
Southern District of Florida

Economic and Environmental Crimes Section

Kiran N. Bhat
Assistant United States Attorney
99 NE 4th Street, 4th Floor
Miami, FL 33132
Tel. (305) 961-9103

April 20, 2023

FILED BY _____ D.C.
JUN 07 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Andres Canova Arcia
█████████
Baxley, GA 31513

**Via Hand Delivery**

Mr. Canova:

This letter is to notify you that you are a target of a grand jury investigation in the Southern District of Florida involving possible violations of federal criminal law. This investigation involves, but is not limited to, possible violations of Title 18, United States Code, Sections 1343 (wire fraud), 1344 (bank fraud) and 1349 (conspiracy to commit wire fraud and bank fraud).

If you have retained a lawyer, please have him or her contact me regarding the matter. If you have not, I urge you to do so immediately.

If you cannot afford a lawyer, you may, under certain circumstances, be entitled to a court-appointed lawyer at no cost to you. If you cannot afford a lawyer, please contact United States Secret Service Special Agent Austin Owens at (915) 471-7763 for the limited purpose of arranging a time for you to appear before a judge, who will determine your eligibility for a court-appointed lawyer.

Sincerely,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: _____
Kiran N. Bhat
Assistant United States Attorney